FILED
2026 Oct-02 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA



FILED

2026 OCT -2 P 12:47

U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

Nameros D. Ford
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Donald J. Trump
Trump/MAGA Administration
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: ______________
(to be filled in by the Clerk's Office)

JURY TRIAL ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff**

| | |
|---|---|
| Name | Nameros D. Ford |
| Street Address | 216 S Park Rd SW |
| City and County | Birmingham Jefferson |
| State and Zip Code | Alabama 35211 |
| Telephone Number | (659)275-6155 |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Donald J. Trump |
| Job or Title | POTUS |
| Street Address | 950 Pennsylvania Avenue NW |
| City and County | Washington D. C |
| State and Zip Code | 20530 |

Defendant No. 2

| | |
|---|---|
| Name | Trump /MAGA Administration |
| Job or Title | Political group / administration for POTUS |
| Street Address | 950 pennsylvania Avenue NW |
| City and County | Washington D. C |
| State and Zip Code | 20530 |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Defendant No. 5

Name ______________________

Job or Title ______________________

Street Address ______________________

City and County ______________________

State and Zip Code ______________________

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question ☑ USA Defendant ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency White house

Address 950 Pennsylvania Avenue NW, Washington D.C 20530

### B. If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Treason, Transparency Act Violation, Crime of Aggression, Magna Carter violation, Embezzlement, e.t.c

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

The plaintiff, *(name)*____________________, is a citizen of the State of *(name)*____________________.

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)*____________________, is a citizen of the State of *(name)*____________________. Or is a citizen of *(foreign nation)* ____________________.

b. If the defendant is a corporation

The defendant, *(name)*____________________, is incorporated under the laws of the State of *(name)*____________________, and has its principal place of business in the State of *(name)*____________________.

Or is incorporated under the laws of *(foreign nation)* ____________________, and has its principal place of business in *(name)* ____________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

$50,000 and impeachment. Please read attatchments for explanation.

III. **Statement of Claim**

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Treason for the following: Transparency Act Violation, First Amendment Violation, Crime of Aggression, War powers Act Violation, Magna Carter Violation, Obstruction of Justice, 4 counts of negligence, Power of the Purse Violation, and Embezzlement. Please review both attachments for further details.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The relief that I seek is $50,000 and the impeachment of Donald J. Trump as POTUS and his administration for treason. Please read attachments for further details.

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.


First Name Nameros Last Name Ford

Mailing Address 216 S Park Rd SW

City and State Birmingham, Alabama Zip Code 35211

Telephone Number (659) 275-6155

E-mail Address alphahomecreations@gmail.com


Signature of plaintiff Nameros Ford

Date signed 10/2/26

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☑ HTML – Recommended for most e-mail clients
☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

alphahomecreations@gmail.com

Participant signature: Mamerios Ford

Date: 10/2/26

# Statement of Treason

FILED

2026 OCT -2 P 12:47

U.S. DISTRICT COURT
N.D. OF ALABAMA

**by: Nameros D. Ford**

**216 S Park Rd SW**

**Birmingham, AL 35211**

**alphahomecreations@gmail.com**

**(659) 275- 6155**

Ex 1

To whom it may concern,

I am constructing this formal letter as a means of evidence towards my lawsuit against current president Donald J. Trump and the MAGA administration. Below, I've compiled a list of treasonous actions enacted by the current president and his adminstration.

**Treasonous Actions:**

I. **Transparency Act Violation -** The ban of news anchors from the white house, Epstein case

II. **First Amendment Violation -** The ban of news anchors from the white house

III. **Crime of Agression -** U.S. military strikes against Iranian targets commenced on February 28, 2026

IV. **War Powers Act Violation -** U.S. military strike on Shajareh Tayyebeh school in Minab on February 28, 2026

V. **International Mass Murder -** U.S. military strike on Shajareh Tayyebeh school in Minab killing 150 total, 120 being children

VI. **Magna Carter Violation -** Denial or delay of justice, seizing property unlawfully, imposing taxes without consent, and disproportionate of fines.

VII. **Obstruction of Justice -** Espstein case

VIII. **War Powers Act Violation(2)** - 60 day troop deployment limitation

IX. **Negligence** - Increase of national debt to $40 Trillion

X. **Negligence(2)** - Oversight of law enforcement

XI. **Power of the Purse Violation** - Taiwan $11billion weapons package, Gulf States (emergency sale) $23billion weapons package, Middle East Allies $5 billion weapons package, Saudi Arabia $5billion weapons package, Israel munitions package at $2.8billion, Saudi Arabia 2019 weapons package that cost $8billion

XII. **Negligence(3)** - Uncontrolled inflation and taxations

XIII. **Negligence(4)** - Constitutional adherence and enforcement

XIV. **Embezzlement** - Misuse of taxpayer dollars

Using the listed items, I would like to utilize the **25th amendment**, **2-3 vote/ majority ruling**, **Magna Carta clause 61**, **Magna Carta clause 55**, **29 CFR 2570.156(a)**, the full extent of the **First Amendment**, the full extent of the **6th Amendment**, **Article II, Sec. 4** of the U.S. Constitution; **Article 1, section 3, clause 6**; **Article 1, section 3, clause 7**; and **Article 2, section 2, clause 1** to formally and legally impeach the current president and his adminstration from office as treasonous to the national security of the country as well as the Constitution of America.

Genuinely Sincere,

Nameros D. Ford